UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| BRETT HALL, | ) | Cause No. CV-17-17-BU-BMM |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **DEFENDANT'S UNOPPOSED** |
| vs. | ) | **MOTION TO APPEAR AT** |
| | ) | **PRETRIAL CONFERENCE** |
| AMERICAN NATIONAL | ) | **TELEPHONICALLY** |
| PROPERTY AND CASUALTY CO., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant American National Property and Casualty Co. having requested

appearance by telephone at the pretrial conference in this matter set for June 27,

2017, at 1:30 p.m., it appearing Plaintiff does not object to the Motion, and good

cause appearing therefor,

IT IS HEREBY ORDERED that ALL COUNSEL will attend the pretrial

conference in this matter via telephone. The Court will contact the parties with the

call-in number.

DATED this 23rd day of May, 2017.

_____
Brian Morris
United States District Court Judge