UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRETT HALL, | Cause No. CV-17-17-BU-BMM |
| Plaintiff, | **ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| AMERICAN NATIONAL PROPERTY AND CASUALTY CO., | |
| Defendant. | |

Plaintiff Brett Hall and Defendant American National Property and Casualty Co. having filed a Stipulated Motion to Dismiss with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice, each party to pay their own attorney's fees and costs.

DATED this 3rd day of October, 2017.

Brian Morris
United States District Court Judge